**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JORGE SANTOS PEREZ; et al., | No. 07-72863 |
| Petitioners, | Agency Nos. A029-378-516 |
| v. | A096-165-947 |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010[**]

Before:    BEEZER, TROTT, and BYBEE, Circuit Judges.

Jorge Santos Perez and his son, both natives and citizens of Guatemala,

petition for review of the Board of Immigration Appeals' order dismissing his

appeal from an immigration judge's decision denying his application for asylum.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

KN/Research

Our jurisdiction is governed by 8 U.S.C. § 1252. Reviewing for substantial evidence, *INS v. Elias-Zacarias*, 502 U.S. 478, 481 n.1 (1992), we deny the petition for review.

Perez contends that he will be persecuted by either the guerillas or the military if he returns to Guatemala. Substantial evidence supports the agency's finding that Perez failed to establish that a reasonable person in his circumstances would fear persecution upon return to Guatemala. *See Li v. INS*, 92 F.3d 985, 987 (9th Cir. 1996). Accordingly, Perez's asylum claim fails.

Perez does not does challenge the denial of his withholding of removal claim. *See Martinez-Serrano v. INS,* 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not supported by argument are deemed waived).

**PETITION FOR REVIEW DENIED.**